**No. 10-1379. John Davis, Petitioner v. United States.**

564 U.S. 1005, 131 S. Ct. 3004, 180 L. Ed. 2d 823, 2011 U.S. LEXIS 4526.

June 13, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-1386. Bernie Lazar Hoffman, aka Tony Alamo, Petitioner v. United States.**

564 U.S. 1005, 131 S. Ct. 3004, 180 L. Ed. 2d 823, 2011 U.S. LEXIS 4536.

June 13, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 626 F.3d 993.

**No. 10-7592. John Doe, Petitioner v. United States.**

564 U.S. 1005, 131 S. Ct. 2988, 180 L. Ed. 2d 823, 2011 U.S. LEXIS 4426,

June 13, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 617 F.3d 766.

**No. 10-8832. Jose Clemente Hernandez, Petitioner v. United States.**

564 U.S. 1005, 131 S. Ct. 2990, 180 L. Ed. 2d 823, 2011 U.S. LEXIS 4410.

June 13, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 399 Fed. Appx. 26.

**No. 10-8907. James H. Gallaher, Jr., Petitioner v. United States.**

564 U.S. 1005, 131 S. Ct. 2990, 180 L. Ed. 2d 823, 2011 U.S. LEXIS 4539.

June 13, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 624 F.3d 934.

**No. 10-8908. Elizz Garcia, Petitioner v. United States.**

564 U.S. 1005, 131 S. Ct. 2990, 180 L. Ed. 2d 823, 2011 U.S. LEXIS 4467.

June 13, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 401 Fed. Appx. 860.

**No. 10-9076. Jimmie Wayne Lawrence, Petitioner v. Roy Cooper, Attorney General of North Carolina, et al.**

564 U.S. 1005, 131 S. Ct. 2990, 180 L. Ed. 2d 823, 2011 U.S. LEXIS 4524.

June 13, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 398 Fed. Appx. 884.